1
2
3                                                                                          **O**
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  BRITTANY DAVIS, | Case No.: 2:22-cv-08916-MEMF(Ex) |
| 12            Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO ARBITRATE AND STAY ALL CLAIMS AGAINST MERRICK BANK CORPORATION [ECF NO. 22]** |
| 13     v. | |
| 14  EXPERIAN INFORMATION SOLUTIONS, INC.; MERRICK BANK CORPORATION, | |
| 15 | |
| 16            Defendants. | |
| 17 | |
| 18 | |

19
20      The Court, having reviewed the parties' Stipulation to Arbitrate and Stay Action as to

21 Defendant Merrick Bank Corporation ("Merrick"), and finding good cause therefor, hereby

22 GRANTS the Stipulation. ECF No. 22. The case is **STAYED** against Merrick pending completion

23 of arbitration proceedings between Plaintiff and Merrick pursuant to the terms of the arbitration

24 agreement contained in the credit card agreement governing Plaintiff's Merrick credit card account.

25      Merrick is excused from: (i) filing an answer or otherwise responding to the Complaint by

26 the February 28, 2023 deadline, (ii) participating in the Federal Rule of Civil Procedure 26(f)

27 conference, and (iii) attending the scheduling conference set for April 6, 2023.

28

1  Plaintiff and Merrick shall submit a status report to the Court six months from the date of this
2  order. The failure to timely or adequately respond to this Order may, without further warning, result
3  in the Court dismissing this action.

6  IT IS SO ORDERED.

8  Dated: February 27, 2023

9  MAAME EWUSI-MENSAH FRIMPONG
10  United States District Judge